# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| IN RE: | * | ON APPEAL FROM: |
| | * | |
| MARVIN B. SMITH, III and | * | |
| SHARON H. SMITH, | * | CASE NO. 07-20244-JSD |
| | * | (Chapter 7) |
| Debtors. | * | |
| | * | |
| | * | |
| MARVIN B. SMITH, III and | * | |
| SHARON H. SMITH, | * | |
| | * | |
| Appellants, | * | CV 211-057 |
| | * | |
| v. | * | |
| | * | |
| ATLANTIC SOUTHERN BANK, | * | |
| | * | |
| | * | |
| Appellee. | * | |

## ORDER

After an independent review of the record the Court concurs with the Bankruptcy Judge's report and recommendation. Accordingly, the report and recommendation is **ADOPTED** as the opinion of the Court. Dkt. No. 8. The Appellants' application to proceed *in forma pauperis* is **GRANTED**. Dkt. No. 2.

**SO ORDERED**, this 5th day of March, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)